COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 7, 2016
 No. 10-15-00412-CR
 NOLAN MICHAEL SHULTZ
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the County Court
 Navarro County, Texas
 Trial Court No. 70470
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's Order Granting Community Supervision signed on November 6, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
 Nita Whitener, Deputy Clerk
1101725725043000